# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# OCALA DIVISION

BRENDA MARTINIS,

    Plaintiff,

v.                                                           Case No:  5:21-cv-612-GAP-PRL

LIFE INSURANCE COMPANY OF
NORTH AMERICA

    Defendant.
_____

## CASE MANAGEMENT ORDER FOR ERISA CASE

### IMPORTANT NOTICE

This order shall govern all proceedings in this action. Unless subsequently modified by written order for good cause shown, these deadlines will be

Having considered the proposed case management order prepared by the parties, the Court enters this Case Management Order:

| | |
|---|---|
| **Date for Defendant to provide the administrative record to Plaintiff:** | March 14, 2022 |
| **Mediation Date:** | July 23, 2022 |
| **Mediator**      Name: <br> Address: | Jack L. Townsend, Sr. <br> 6408 East Fowler Avenue <br> Tampa, FL 33617 |
| **Deadline for filing dispositive motions or briefs on the merits:** | February 8, 2023 |
| **Deadline for filing responses to dispositive motions or briefs on the merits:** | March 2, 2023 |
| **Discovery is Requested:** | No |

**I.** Oral argument will be scheduled if the Court determines it is necessary upon review of the parties' briefs. Other deadlines may be set, as needed, by the Court or upon motion of the parties.

**II.** Pursuant to Local Rule 3.01(a), United States District Court, Middle District of Florida, all motions must be accompanied by a legal memorandum with citation of authorities in support of the relief requested. See Local Rule 3.01(a). However, the motion and memorandum shall be filed as one single document and cannot exceed twenty-five pages (25) in length without prior permission from the Court. *See id.*

**III.** This case is referred to mediation pursuant to the Local Rules of the United States District Court, Middle District of Florida. Each attorney acting as lead trial counsel and each party (and in the case of a corporate party, a corporate representative) with full authority to settle *shall* attend and participate in the mediation conference. Absent agreement otherwise or order of the Court, the cost of the mediator's services shall be borne equally by the parties. The parties shall file a mediation report advising the Court regarding the results of the mediation within 10 days of completion of mediation.

**DONE AND ORDERED** at Orlando, Florida this 16th day of February, 2022.



GREGORY A. PRESNELL
UNITED STATES DISTRICT JUDGE

Copies: Counsel of Record

2