UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

BRENDA MARTINIS,

    Plaintiff,

vs.

Case No. 5:21-cv-00612-GAP-PRL

LIFE INSURANCE COMPANY OF NORTH AMERICA,

    Defendant
_____/

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

COME NOW the Plaintiff and Defendant, by and through their undersigned attorneys, and hereby stipulate and agree that this action shall be dismissed with prejudice, with each party to bear its own fees and costs.

DATED this 22nd day of June, 2022.

| DABDOUB LAW FIRM. | HINSHAW & CULBERTSON, LLP |
|---|---|
| *s/ Tanja Vucetic Perez* | **s/ Steven D. Lehner** |
| Tanja Vucetic Perez, Esq. | Steven D. Lehner, Esq. |
| Florida Bar No. 1018255 | Florida Bar No. 0039373 |
| 1600 Ponce de Leon Blvd., Suite 1202 | 100 South Ashly Drive, Suite 500 |
| Coral Gables, Florida 33134 | Tampa, FL 33602 |
| tanja@longtermdisability.net | slehner@hinshawlaw.com |
| Attorney for Plaintiff | Attorney for Defendant |